IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00906-AP

KIMBERLY D. PELHAM,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>**For Plaintiff**</u>:

Matthew Martin
503 N. Main Street, Suite 600
Pueblo, CO 81003
719-545-0027
matthew@mattmartin.com

<u>**For Defendant**</u>:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney

By:    Debra J. Meachum
       Special Assistant United States Attorney
       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1570
       (303) 844-0770 (facsimile)
       debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER
          JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: <u>5/15/06.</u>
   B.   Date Complaint  Was Served on U.S. Attorney's Office:  <u>6/20/06.</u>
   C.   Date Answer and Administrative Record Were Filed: <u>8/21/06.</u>

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>The parties, to the best of their knowledge, state that the administrative record is
complete and accurate.</u>

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Plaintiff intends to submit additional evidence, received since the complaint
was filed, to the Court with her opening brief.</u>
<u>Defendant will not submit additional evidence.</u>

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
          CLAIMS OR DEFENSES**

<u>The parties, to the best of their knowledge, do not believe the case raises unusual
claims or defenses.</u>

**7.      OTHER MATTERS**

<u>The parties have no other matters to bring to the attention of the court.</u>

**8.       PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect
briefing to commence later than 40 days after the filing of this Joint Case
Management Plan, as follows:

   A.    Plaintiff's Opening Brief Due:        **<u>October 27, 2006.</u>**
   B.    Defendant's  Response Brief Due:      **<u>November 28, 2006.</u>**
   C.    Plaintiff's Reply Brief (If Any) Due: **<u>December 13, 2006.</u>**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    A.   Plaintiff's Statement:
        Plaintiff does not request oral argument.

    B.   Defendant's Statement:
        Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ()  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 11th day of September, 2006.

                      BY THE COURT:


                      S/John L. Kane
                      U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**                                    **For Defendant:**

      **s/Matthew Martin 9/11/06**              TROY A. EID
      Matthew Martin                              United States Attorney
      503 N. Main Street, Suite 600
      Pueblo, CO 81003                            KURT J. BOHN
      719-545-0027                                Assistant United States Attorney
      matthew@mattmartin.com                      1225 Seventeenth Street, Suite 700
                                           Denver, Colorado 80202
                                          (303) 454-0100
                                          (303) 454-0404 (facsimile)
                                          kurt.bohn@usdoj.gov

                                          **s/Debra J. Meachum 9/11/06**
    By:  Debra J. Meachum
          Special Assistant
             United States Attorney
          Social Security Administration
          1961 Stout Street, Suite 1001A
          Denver, Colorado  80294
          (303) 844-1570
          (303) 844-0770 (facsimile)
          debra.meachum@ssa.gov