IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00906-ZLW

KIMBERLY D. PELHAM,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: February __28__, 2007


    It is ORDERED that Plaintiff's Unopposed Motion To Vacate And Reset Oral Argument . . . (Doc. No. 25) is granted.  It is

    FURTHER ORDERED that the hearing set for Thursday, March 1, 2007 at 2:00 pm is vacated and oral argument in this case is re-set on Thursday, March 22, 2007, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.  It is

    FURTHER ORDERED that Plaintiff's . . . Request To Appear By Telephone is taken under advisement.  It is

    FURTHER ORDERED that Defendant Michael J. Astrue is substituted for Defendant Jo Anne B. Barnhart pursuant to Fed. R. Civ. P. 25(d), and the caption is amended accordingly.