IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00906-ZLW

KIMBERLY D. PELHAM,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: March   1  , 2007

    It is ORDERED that Plaintiff's . . . Request To Appear By Telephone (Doc. No. 25) is granted.  The Court will initiate the telephone call.  Plaintiff's counsel shall be reachable at their telephone number of record (719-545-0027) at 1:45 p.m. on March 22, 2007, or shall inform the Court by March 20, 2007, if the Court should call a different number.